Untied States District Court

for the

District of Oregon

In the case of:

Voltage Pictures, LLC

v

Does 1-38

Civil Action No. 1:13-cv-00293-AA

I hereby <u>OBJECT</u> to the release of my private information by Falcon Cable Communications, LLC d/b/a Charter Communications, as requested/ordered in the Subpoena dated 03/07/2013 by Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308.

My internet connection is available to more than just myself, and I am not necessarily privy to any and all actions or activities in connection with this service, especially in my absents.

According to those who provide me with technical computer knowledge state that anyone with the know how or technical skills can access or hack into someone's service without their knowledge, accessing all sorts of web sites.

I ask that the court squash or dismiss this subopna.

Cordially,

*Redacted*

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:13-cv-00293-AA |
| Does 1-38 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Falcon Cable Communications, LLC d/b/a Charter Communications, c/o Corporation Service Company, 285 Liberty Street NE, Salem, OR 97301

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

see Attachment A

| Place: Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240 | Date and Time: 05/03/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  03/07/2013

CLERK OF COURT                                    OR    *[signature]*

*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Voltage Pictures, LLC
_____, who issues or requests this subpoena, are:
Carl D. Crowell, Crowell Law, 943 Liberty St.SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-00293-CL Voltage Pictures, LLC v. Does 1 - 34 Order on Motion to Expedite |
| **Date:** | Friday, February 22, 2013 12:33:16 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 2/22/2013 at 12:32 PM PST and filed on 2/22/2013
**Case Name:**   Voltage Pictures, LLC v. Does 1 - 34
**Case Number:**  1:13-cv-00293-CL
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
ORDER✶ ORDER: Granting ex parte Motion to Expedite/Accelerate discovery [7]. Plaintiff may subpoena records from the various Internet Service Providers identified in the motion for the identity of the account holder assigned to each IP address identified as an infringing party in Exhibit 1 to the complaint and for such further information as may be needed to specifically identify the several Doe defendants. Within 45 days from the date of this order, Plaintiff shall either amend its complaint to identify the Doe defendants or request an extension of time, if necessary, to discover the Doe defendants' identity. Ordered by Chief Judge Ann L. Aiken. (cw)


**1:13-cv-00293-CL Notice has been electronically mailed to:**

Carl D. Crowell     crowell@kite.com, carl@kite.com, carl_crowell@yahoo.com, ndunn@kite.com

**1:13-cv-00293-CL Notice will not be electronically mailed to:**



Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY

April 12, 2013

Redacted

*OBJECTION DEADLINE*

## April 26, 2013, 4:00 pm CT

**References Used In This Notice**

- Court Case: Voltage Pictures, LLC (the "Plaintiff") v. Does 1-34, Court Case No. 1:13-cv-00293-CL
- Court: United States District Court for the District of Oregon Medford Division
- Copyrighted Work: Unspecified
- Identifying Information: Accountholder Name, Address(es), Telephone Number, Email Address(es), IP log
- Charter Case Number: 13-0834
- Your ID Number: 11

Dear Sir or Madam:

Charter has received a subpoena from attorneys for the Plaintiff seeking certain information about your Charter internet account ("Account"), including the Identifying Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Plaintiff to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. Copies of the court order and subpoena are attached, as well as any other documentation that may have been court-ordered to be provided with this notice.

Charter records indicate that an IP address listed on an exhibit to the subpoena was assigned to your Account at the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
24.216.235.219 cc:7d:37:3a:e0:02 a0:21:b7:8a:10:5d 2012-09-13 17:09:43 2013-03-10 20:15:08

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention "Legal – File-Sharing Team") via facsimile at 314-909-0609 by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER, EVEN IF YOUR OBJECTION TO THE COURT IS ANONYMOUS. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Please note that the objection deadline provided in this letter and the due date on the subpoena may not coincide as Charter may have been granted an extension to fulfill its obligations under this court order.

Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly. If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs or the named accountholder may call Charter's Security Department directly at 866-228-0195. Please have this letter in hand if you call because you will be asked to confirm information contained herein.

Sincerely,

**Charter Communications, Inc.**

Enclosures